1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY E. TOMBS,                              No.  2:13-cv-1384-EFB P

12               Plaintiff,

13         v.                                      ORDER

14    MARION MACCUFS, et al.,

15               Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On September 18, 2013, plaintiff informed the court that he filed this action by

19    mistake, and that he wishes to proceed instead in case No. 2:13-cv-1393-JAM-CKD P.  ECF No.

20    6.  He states he does not know how the mistake happened, but indicates he has been having

21    "problems" with the mail.  *Id.*

22         The court construes plaintiff's filing as a notice of voluntary dismissal made pursuant to

23    Federal Rule of Civil Procedure 41(a)(1)(A)(i), which deprives this court of jurisdiction over the

24    action.  *See* Fed. R. Civ. P. 41(a)(1)(A) ("[T]he plaintiff may dismiss an action without a court

25    order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a

26    motion for summary judgment . . . ."); *see also* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice [of

27    dismissal] states otherwise, the dismissal is without prejudice.").  Dismissal under this rule

28    requires no action on the part of the court and divests the court of jurisdiction once the notice of

                                                    1

1    voluntary dismissal is filed.  *See, e.g.*, *United States v. Real Property Located at 475 Martin*

2    *Lane, Beverly Hills, CA*, 545 F.3d 1134, 1145 (9th Cir. 2008).  In light of that dismissal, the Clerk

3    of Court is directed to close this case.[1]

4         SO ORDERED.

5    DATED:  September 20, 2013.

        _____
        EDMUND F. BRENNAN
6       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

_____

[1] If plaintiff wishes to proceed with the other case he is litigating, all filings in that case must be
28   clearly labeled with the correct case number.

2